35489. LONDON *v.* ATLANTA TRANSIT COMPANY *et al.*

QUILLIAN, J. This is a companion case to *London* v. *Atlanta Transit Co.*, ante, and is controlled by the decision in that case.

*Judgment reversed in part and affirmed in part. Nichols, J., concurs. Felton, C. J., concurs specially.*

DECIDED MARCH 15, 1955—REHEARING DENIED MARCH 29, 1955.

*Phillips, Johnson & Williams*, for plaintiff in error.

*Robert L. Marchman, Russell M. Striplin, Crenshaw, Hansell, Ware & Brandon, A. Paul Cadenhead, Nall, Sterne & Miller, A. Walton Nall*, contra.

35488. GREER *et al. v.* ATLANTA TRANSIT COMPANY *et al.*

QUILLIAN, J. This is a companion case to *London* v. *Atlanta Transit Co.*, ante, and is controlled by the decision in that case.

*Judgment reversed in part and affirmed in part. Nichols, J., concurs. Felton, C. J., concurs specially.*

DECIDED MARCH 15, 1955—REHEARING DENIED MARCH 29, 1955.

*Phillips, Johnson & Williams*, for plaintiffs in error.

*Robert L. Marchman, Russell M. Striplin, Crenshaw, Hansell, Ware & Brandon, A. Paul Cadenhead, Nall, Sterne & Miller, A. Walton Nall*, contra.